

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANSON LILLIE | CIVIL ACTION NO. 14-2451 |
| VERSUS | JUDGE TRIMBLE |
| NATCHITOCHES PARISH, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the Report and Recommendation of the Magistrate Judge in the above-captioned civil rights case, in which the Magistrate Judge recommends dismissal of Plaintiff's Section 1983 complaint on the basis of prescription.[1] Having reviewed the entire record in this matter, including Plaintiff's objections, the undersigned agrees that dismissal is warranted in this case. We do want to address Plaintiff's objections, however.

The court finds it important that Plaintiff know that he could have filed his suit under pauper status if he did not have the funds to pay the entire filing fee up front and his failure to inquire about his rights to file suit in forma pauperis does not absolve him of the duty to file his suit timely.

For this reason, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Report and Recommendation of the Magistrate Judge, filed previously in this matter, is **ADOPTED** in full and, therefore, Plaintiff's claims are **DENIED** and **DISMISSED** with prejudice as prescribed.

---

[1] R. 12.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 6th day of January, 2015.

                                                     JAMES T. TRIMBLE, JR.
                                                   UNITED STATES DISTRICT JUDGE